No. 96–331. MOORE, ATTORNEY GENERAL OF MISSISSIPPI *v.* INGEBRETSEN, ON BEHALF OF HIMSELF AND HIS DAUGHTER, INGEBRETSEN, ET AL. C. A. 5th Cir. Certiorari denied. ■

No. 96–333. SIMPLY FRESH FRUIT, INC., ET AL. *v.* CONTINENTAL INSURANCE CO. C. A. 9th Cir. Certiorari denied. ■

No. 96–336. ELIASEN ET AL. *v.* ITEL CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–338. KAHN *v.* BEICKER ENGINEERING, INC., ET AL. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 96–340. VAUGHN *v.* OHIO MEDICAL BOARD. Sup. Ct. Ohio. Certiorari denied.

No. 96–342. UNITED STATES *v.* WABASH VALLEY POWER ASSN., INC., ET AL. C. A. 7th Cir. Certiorari denied. ■

No. 96–344. BERNKLAU *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–347. DOWNHOUR ET AL. *v.* SOMANI, DIRECTOR, OHIO DEPARTMENT OF HEALTH. C. A. 6th Cir. Certiorari denied.

No. 96–349. MUSICK ET AL. *v.* GOODYEAR TIRE & RUBBER CO., INC. C. A. 11th Cir. Certiorari denied.

No. 96–357. SPRECHER *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 96–363. QUISENBERRY *v.* COUNTY COLLECTION SERVICES, INC., ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 96–366. DESNICK *v.* ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION ET AL. Sup. Ct. Ill. Certiorari denied.